**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

FREDERICK HALM,

      Plaintiff,                       Case No. 2:10-cv-12967

v.                                       Hon. Stephen J. Murphy, III

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC

      Defendant.

| ANDREW L. CAMPBELL (P64391) | CHARITY A. OLSON (P68295) |
|---|---|
| Attorney for Plaintiff | Olson Law Group |
| 653 S. Saginaw Street, Suite 201 | Attorneys for Defendant |
| Flint, MI 48502 | 106 E. Liberty, Suite 206 |
| (810) 232-4344 | Ann Arbor, MI 48104 |
| hundy24@yahoo.com | (248) 356-4400 |
| | colson@olsonlawpc.com |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

      Pursuant to Fed. R.. Civ. P. 68 and to receipt of Defendant's Offer of Judgment, Plaintiff, Frederick Halm, hereby accepts Defendant's offer of judgment, served on October 21, 2010, in the amount of $1,000.00 plus reasonable costs and attorneys' fees incurred, as to be agreed on by the parties or as to be determined by the Court.

Dated: October 28, 2010                                /s/*Andrew L. Campbell*
                                                                 Andrew L. Campbell (P64391)
                                                                 Attorney for Plaintiff
                                                                 653 S. Saginaw Street, Suite 201
                                                                 Flint, MI 48502
                                                                 (810) 232-4344
                                                                 hundy24@yahoo.com