UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FREDERICK HALM,

      Plaintiff,                            Case No. 2:10-cv-12967

v.                                          Hon. Stephen J. Murphy, III

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC

      Defendant.

| ANDREW L. CAMPBELL (P64391) | CHARITY A. OLSON (P68295) |
|---|---|
| Attorney for Plaintiff | Olson Law Group |
| 653 S. Saginaw Street, Suite 201 | Attorneys for Defendant |
| Flint, MI 48502 | 106 E. Liberty, Suite 206 |
| (810) 232-4344 | Ann Arbor, MI  48104 |
| hundy24@yahoo.com | (734) 222-5179 |
|  | colson@olsonlawpc.com |

## STIPULATION OF DISMISSAL

Plaintiff, Frederick Halm, and Defendant, Creditors Interchange Receivable Management, LLC ("Creditors Interchange"), through their counsel, stipulate and agree that Plaintiff's Complaint against Creditors Interchange be dismissed, with prejudice, pursuant to Fed. R. Civ. Proc. 41 (a).  The parties further agree that each party shall bear its own costs and fees.

**Stipulated and Agreed:**

| /s/ Andrew L. Campbell (w/consent) | /s/ Charity A. Olson |
|---|---|
| ANDREW L. CAMPBELL (P64391) | CHARITY A. OLSON (P68295) |
| Attorney for Plaintiff | Attorneys for Creditors Interchange |
| 653 S. Saginaw Street, Suite 201 | 106 E. Liberty, Suite 206 |
| Flint, MI 48502 | Ann Arbor, MI  48104 |
| (810) 232-4344 | (734) 222-5179 |
| hundy24@yahoo.com | colson@olsonlawpc.com |

Dated:   December 21, 2010